FILED
2000 FEB 18 AM 9:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WEAVER HAWKINS AND<br>OSMOND REYNOLDS,<br><br>  Petitioners,<br><br>vs<br><br>THE ATTORNEY GENERAL FOR<br>THE STATE OF ALABAMA, et al,<br><br>  Respondent(s). | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 99-N-0697-S<br>)<br>)<br>)<br>)<br>) |

ENTERED
FEB 18 2000

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioners, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this __17th__ day of February, 2000.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE